UNITED STATES BANKRUPTCY COURT

DISTRICT OF CONNECTICUT

BRIDGEPORT DIVISION

FILED

2019 MAR -7 PM 4: 59

US DISTRICT COURT
BRIDGEPORT CT

IN RE:

COREY KUPERSMITH

DEBTOR

: CHAPTER 7

: CASE # 12-52303

: February 25, 2019

EMERGENCY MOTION FOR LEAVE TO FILE LATE

OBJECTION TO SUMMARY JUDGEMENT

The undersigned respectfully objects to the Motion for Summary Judgement.

This is a highly contested matter, with criminal conduct involved.  The trustees in this matter have purposefully acted inappropriately as well as the multiple Attorneys that are involved.

Defendant believes that the Honorable Judge Manning repeatedly requested that an Evidentiary Hearing be scheduled because of the massive amount of Fraud upon the Court that is evident in this case.  The defendant has yet to have any of these crimes investigated.   Based solely on the fact that an Evidentiary Hearing has not been scheduled the Plaintiff's Motion for Summary Judgement should be denied.

On February 15, 2019 a MOTION FOR EXTENSION OF TIME to file an Objection to this Summary Judgement was filed, at approximately 4:25pm, yet the time stamp reflects a stamp of 6:36pm.  Defendant would like to bring to the Courts attention the time stamp on the Motion for Extension of Time, because apparently the Courts stamp machine was not working correctly on that day, it is a well-established fact that the Federal Court building is closed at 5pm and therefore it would be impossible for the time stamp to be correct.  The defendant would also like to point out that the second page of the same document has a time stamp of 7:36pm, this page was stamped only a few seconds after the first page and would have been impossible for this to be accurate because the Federal Building is closed at 5pm.  Under Rule 9011, it is the duty of the Attorney to make sure what is filed is accurate.

The U.S. Trustee is well aware that the Federal Building closes at 5pm, yet she misleads the court as to when the Defendants Motion for Extension of Time was filed, knowing full well that it would be impossible for the defendant to file anything at that late hour.  Furthermore, the U.S. Trustee states that she was in her office the entire day, whereas the Defendant did in fact record the attempted phone calls to the U.S. Trustee's office in order to ask for an agreed extension of time, the defendant reiterates the fact that the recording that followed the calls stated that the office was closed due to the Government Shut down.

The Trustee has chosen to take time pursuing false allegations against the Debtor in an effort to liquidate the assets of the estate.


    The Debtor, Corey Kupersmith, for the reasons set forth herein, respectfully request that this EMERGENCY Motion for Relief to file an OBJECTION TO MOTION FOR SUMMARY JUDGEMENT be granted.




COREY KUPERSMITH
41B Byram Terrace Rd.
Greenwich, Ct. 06830




CERTIFICATE OF SERVICE

I mailed a copy of the foregoing this date, December 18, 2019 to

Attorney Jeffrey Hellman, 195 Church St., New Haven, Ct. 06510.
US TRUSTEE'S OFFICE

Corey Kupersmith