FILED

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### Bridgeport Division

2019 MAR -7 PM 4: 59

U.S. DISTRICT COURT
BRIDGEPORT CT

--------------------------------------------------------x

In Re:                           :      Chapter 7
COREY KUPERSMITH

                           :      Case No. 12-52303
            *Debtors*      :      Honorable
                           :

--------------------------------------------------------x      March 7, 2019

### <u>NOTICE OF APPEAL</u>

NOTICE IS HEREBY GIVEN that **Corey Kupersmith** ,as a Pro Se Debtor pursuant to 28 U.S.C. § 158(a)(1), and Rules 8001, 8002(b)(1), and 8003 of the Federal Rules of Bankruptcy Procedure, hereby appeals to the United States District Court from the final ruling of the Court and the fact that my Attorneys have been removed from my case under threat and attack.  I am now working pro se and haven't been given the opportunity to get my records from my attorney Ellery Plotkin or Andre Cayo to even begin to be able to defend myself.  I am under an attack and to make the Court Understand that with the threats of my person as well as my attorneys, a death of another attorney as well as the fact that this bankruptcy is a scam and should never have been filed in the first place, I appeal.   The corruption is rampant, I am calling out the Trustee, the U.S. Trustee and the like, I am asking this Court to recognize the Corruption which I believe is a Rico Act. to Debtor's motions identified by; and including the final order entered by the Bankruptcy Court in this proceeding on February 21, 2019.   Trustee filed in this case and was reported to the United States Assistant Trustee Holly Claiborn.  I intend on exposing all the fraud to the proper authorities.

Dated at Bridgeport, Connecticut, on the 7th of March 2019.

**The Pro Se Debtor / Appellant**
Respectfully Submitted,

By: _Corey Kupersmith_
Corey Kupersmith, Pro Se

41 B Byram Terrace Drive
Greenwich, CT 06831

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### Bridgeport Division

```
------------------------------------------------------------x
In Re:                                    :        Chapter 7
COREY KUPERSMITH                                              :
                                          :        Case No.
                  Debtors                 :        Honorable
                                          :
------------------------------------------------------------x        March 7, 2019
```

### CERTIFICATION OF SERVICE

I hereby certify that on  March 7, 2019, I filed the foregoing document with the Clerk of the Court. I also certify that the foregoing document is being served this day via transmission of Notices of Electronic Filing generated by CM/ECF on all counsel of record or *pro se* parties who are authorized to receive electronically Notices of Electronic Filing in this bankruptcy case identified on the Service List below, or by email, or by first class U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### a)  Notice of Appeal

Chapter 7 Standing Trustee

US Trustee
United States Department of
Justice Office of United States

Dated: March 7, 2019

**The Pro Se Debtor / Appellant**
Respectfully Submitted,

By: _Corey Kupersmith_

Corey Kupersmith, Pro Se
41 B Byram Terrace Drive
Greenwich, CT 06831

2