# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Corey Kupersmith

(List the full name(s) of the plaintiff(s)/petitioner(s).)

12cv52303 ( )( )
Adv. Proc. 18-5015 (JAM)

-against-

U.S. Trustee ET. AL.

**MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**

(List the full name(s) of the defendant(s)/respondent(s).)

I move under Federal Rule of Appellate Procedure 24(a)(1) for leave to proceed *in forma pauperis* on appeal. This motion is supported by the attached affidavit.

Dated: 3/7/19

Signature: Corey Kupersmith

Name (Last, First, MI): Corey A Kupersmith

Address: 41B Byram Terrace Dr    City: Grenwich    State: CT    Zip Code: 06831

Telephone Number: 203-681-2832

E-mail Address (if available): 0p0s408@gmail.com

FILED 2019 MAR -8 A 11:01 U.S. BANKRUPTCY COURT

Rev. 12/23/13

## Application to Appeal In Forma Pauperis

Corey Kupersmith v. U.S. Tristee Et. Al.   Appeal No. _____

District Court or Agency No. _____

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>Signed: *Corey Kupersmith* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br><br>Date: 3/7/19 |

My issues on appeal are: (required):

My attorneies have been removed from my case, leaving me without representation, without my documents, which is an on going pattern of Corruption. (Abusing their power and positions) Fake Bankrupcy filed to Criminally Steal Ten's of Millions of Dollars from me and my companies

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ \ | $ 0 | $ \ |
| Self-employment | $ 0 | $ \ | $ 0 | $ \ |
| Income from real property (such as rental income) | $ 0 | $ \ | $ 0 | $ \ |

- 1 -

| | | | | |
|---|---|---|---|---|
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): living with mother. | $ see ← | $ | $ | $ |
| **Total monthly income:** | $ 0   0 | $ 0 | $ 0   0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | $ |
| | | | $ |
| | | | $ |

4. *How much cash do you and your spouse have?* $ 50.00

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

   | Financial Institution | Type of Account | Amount you have | Amount your spouse has |
   |---|---|---|---|
   | Chase | Checking | $ -40 | $ 0 |
   |  |  | $ | $ |
   |  |  | $ | $ |

   *If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.*

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

   | Home | Other real estate | Motor vehicle #1 |
   |---|---|---|
   | (Value) $ N/A | (Value) $ N/A | (Value) $ 3,000.00 |
   |  |  | Make and year: Lincoln 2013 |
   |  |  | Model: MKX |
   |  |  | Registration #: 5AH-L65 CT. |

   | Motor vehicle #2 | Other assets | Other assets |
   |---|---|---|
   | (Value) $ N/A | (Value) $ N/A | (Value) $ N/A |
   | Make and year: |  |  |
   | Model: |  |  |
   | Registration #: |  |  |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| Current litigation | $ unknown | $ 0 |
|  | $ | $ |
|  | $ | $ |
|  | $ | $ |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if a minor (i.e., underage), initials only] | Relationship | Age |
|---|---|---|
| Self |  |  |
|  |  |  |
|  |  |  |

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) <br> Are real estate taxes included? ☐ Yes ☒ No <br> Is property insurance included? ☐ Yes ☐ No | $ N/A | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NA | $ |
| Home maintenance (repairs and upkeep) | $ NA | $ |
| Food | $ NA | $ |
| Clothing | $ NA | $ |
| Laundry and dry-cleaning | $ NA | $ |
| Medical and dental expenses | $ NA | $ |

- 4 -

| | | |
|---|---|---|
| Transportation (not including motor vehicle payments) | $ NA | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ NA | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
| Homeowner's or renter's: | $ NA | $ |
| Life: | $ | $ |
| Health: | $ | $ |
| Motor vehicle: | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | | |
| Motor Vehicle: | $ | $ |
| Credit card (name): | $ | $ |
| Department store (name): | $ | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| **Total monthly expenses:** | $ 0 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

   [X] Yes   [ ] No   If yes, describe on an attached sheet. *I am Confident the evidence presented, and the on going Investigations will Cause the return of my stolen assets*

10. *Have you spent — or will you be spending — any money for expenses or attorney fees in connection with this lawsuit?* [ ] Yes [ ] No

    *If yes, how much?* $ Unknown

- 5 -

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

Because Ten's of million's of dollar's, all my companies, my Houses, my Collections of Rare items, worth multi millions, my patents, Inventions, my vast empire and wealth has been over the last 8 years has been wiped out By a Conspiracy of criminal actions by some of the very people whose Jobs are to actually protect against these crimes.

12. *Identify the city and state of your legal residence.*

City Greenwich     State CT

Your daytime phone number: 203-681-2832

Your age: 58     Your years of schooling: through College

Last four digits of your social-security number: 3957